IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA HOFFENBERG,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Civil Action<br>No. 12-4833 (JBS/AMD)<br><br>**ORDER** |

   This matter having come before the Court on Plaintiff's motion to reinstate venue [Docket Item 17] and Defendant's motion to dismiss [Docket Item 15]; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

   IT IS this   **8th**   day of   **January**  , **2013** hereby

   ORDERED that Plaintiff's motion to reinstate venue is DENIED; and it is further

   ORDERED that Defendant's motion to dismiss the Complaint is GRANTED.


                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge